FALEAFINE, FEAFEAGA, Plaintiffs

v.

LETULI, Defendant

No. 7-1935

High Court of American Samoa

Civil Jurisdiction, Trial Division

[Land: "Lepulele"]

February 5, 1940

To the High Court:

We, the undersigned, Faleafine, Feafeaga and Letuli of Iliili, parties to the High Court case No. 7-1935 involving the ownership of the land Lepulele, hereby request the High Court to withdraw this case from the calendar as it has been amicably settled among ourselves.

Witness:

/s/ S. Muli
/s/ Taliutafa
/s/ Faleafine
/s/ Feafeaga
/s/ Letuli

Copy to: The Pulenuu of Ili'ili